IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00333-ZLW

LAUREN NETTINA,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE (DOJ) AND AFFILIATES,
FEDERAL BUREAU OF INVESTIGATION,
CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
PENTAGON,
WHITE HOUSE: PRESIDENT BARRACK [sic] OBAMA AND
    FIRST LADY MICHELLE OBAMA,
OFFICE OF INSPECTOR GENERAL,
FEDERAL RESERVE BOARD,
UNITED STATES CONGRESS,
FORMER PRESIDENT GEORGE BUSH JR.,
FORMER FIRST LADY LAURA BUSH,
FORMER WHITE HOUSE CHIEF OF STAFF JOSHUA BOLTEN, and
POLICE AND TROOPER DEPARTMENTS OF THE UNITED STATES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2010

GREGORY C. LANGHAM
CLERK

## AMENDED ORDER IMPOSING SANCTIONS

Plaintiff, Lauren Nettina, initiated this action by filing *pro se* a complaint pursuant to "401 Congressional Declaration of Purpose Executive Order 12333 U.S. Intelligence Activities," Whistle Blower Protection Act of 1989, and United States constitutional amendments I, IV, V, VIII, XIII, and XIV. *See* complaint at 4-5. Ms. Nettina was granted leave to proceed in this action pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915.

In an order filed on March 12, 2010, the Court dismissed the complaint and the action pursuant to § 1915(e)(2)(B) as factually frivolous, and ordered Ms. Nettina to show cause within twenty days why she should not be enjoined from initiating any further actions in this Court without first seeking prior leave of Court. On March 18, 2010, Ms. Nettina filed her response to the order to show cause. In the response to the show-order, Ms. Nettina states, in pertinent part, as follows:

> I do not believe I should be prohibited from initiating any further civil actions in this court without seeking leave of the court nor do I believe the content of the submitted motions fall within the moot doctrine. I have included a listing of the proposed initial set of civil cases I would like to submit to the court over time that could increase to over 200. Once I secure employment, I plan to meet the filing fee requirements over time.
>
> Although the information I have documented for the court may be provable over due process through various mechanisms, I understand the rationale for the dismissal. I believe this case content represents *multiple* constitutional violations especially related to privacy as well as a societal controversy. Therefore, I will appeal this dismissal through the United States Court of Appeals.

Response to the Orders from Judgment at 2. Otherwise, the response is nonresponsive to the show-cause order. On April 6, 2010, Ms. Nettina appealed from the dismissal order and judgment.

The Court finds that Ms. Nettina has failed, within the time allowed, to show cause why she should not be enjoined from initiating any further actions in this Court without first seeking prior leave of Court. Therefore, Ms. Nettina will be prohibited from initiating a civil action in this Court without the representation of an attorney licensed to practice in the State of Colorado and admitted to practice in this Court, unless she first

2

obtains leave of Court to proceed *pro se*. In order to obtain permission to proceed *pro se*, Ms. Nettina must take the following steps:

1. File with the clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

   A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

   B. A statement of the legal issues to be raised in the proposed new pleading and whether she has raised the same issues in other proceedings in the District of Colorado. If so, she must cite the case number and docket number where the legal issues previously have been raised.

3. Submit the proposed new pleading to be filed in the *pro se* action.

The motion requesting leave to file a *pro se* action and the proposed new pleading shall be submitted to the clerk of the Court, who shall forward them to the judicial officer designated by the Chief Judge pursuant to D.C.COLO.LCivR 8.1C. for review. If the motion requesting leave to file a *pro se* action is denied, the matter will be dismissed. If the motion requesting leave to file a *pro se* action is granted, the case will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice of the United States District Court for the District of Colorado-Civil. Accordingly, it is

ORDERED that Plaintiff, Lauren Nettina, is prohibited from initiating a civil action in this Court without the representation of an attorney licensed to practice in the State of

Colorado and admitted to practice in this Court, unless she first obtains leave of Court to proceed *pro se*. It is

FURTHER ORDERED that the motion to permit electronic filing that Plaintiff submitted to and filed with the Court on April 6, 2010, is denied as moot.

DATED at Denver, Colorado, this 3rd day of May, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00333-ZLW

Lauren Nettina
4547 Chesnut Ridge Road
Unit 111B
West Amherst, NY 14228

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/4/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk