IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00333-ZLW

LAUREN NETTINA,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE (DOJ) AND AFFILIATES,
FEDERAL BUREAU OF INVESTIGATION,
CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
PENTAGON,
WHITE HOUSE: PRESIDENT BARRACK [sic] OBAMA AND
FIRST LADY MICHELLE OBAMA,
OFFICE OF INSPECTOR GENERAL,
FEDERAL RESERVE BOARD,
UNITED STATES CONGRESS,
FORMER PRESIDENT GEORGE BUSH JR.,
FORMER FIRST LADY LAURA BUSH,
FORMER WHITE HOUSE CHIEF OF STAFF JOSHUA BOLTEN, and
POLICE AND TROOPER DEPARTMENTS OF THE UNITED STATES,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Motion to Accept the New Notice of Appeal and Revise the Brief Schedule Based on Federal Rules of Appellate Procedure Rules 10, 11 and 28" that Plaintiff, Lauren Nettina, filed with the Court on May 26, 2010. To the extent the motion asks this Court to accept the new notice of appeal also filed on May 26, the motion is denied as unnecessary. To the extent Ms. Nettina seeks to revise the briefing schedule pursuant to federal appellate rules, the motion is denied with leave to refile in the United States Court of Appeals for the Tenth Circuit.

Dated: June 7, 2010