IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00333-ZLW

LAUREN NETTINA,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE (DOC) AND AFFILIATES,
FEDERAL BUREAU OF INVESTIGATION,
CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
PENTAGON,
WHITE HOUSE: PRESIDENT BARRACK [sic] OBAMA and
    FIRST LADY MICHELLE OBAMA,
OFFICE OF INSPECTOR GENERAL,
FEDERAL RESERVE BOARD,
UNITED STATES CONGRESS,
FORMER PRESIDENT GEORGE BUSH, JR.,
FORMER FIRST LADY LAURA BUSH,
FORMER WHITE HOUSE CHIEF OF STAFF JOSHUA BOLTEN, and
POLICE AND TROOPER DEPARTMENTS OF THE UNITED STATES

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Weinshienk, Senior Judge

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado, this  14th   day of   June  , 2010.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court